UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20926-CIV-ALTONAGA/BROWN

OSCAR CORTES,

    Plaintiff,

v.

LINDA SWACINA, DISTRICT
DIRECTOR, UNITED STATES CITIZENSHIP &
IMMIGRATION SERVICES, MIAMI
DISTRICT, AND ROBERT S. MUELLER, III,
DIRECTOR, FEDERAL BUREAU OF
INVESTIGATION,

    Defendants.
_____/

## NOTICE OF AGREEMENT CONCERNING THE AMOUNT OF ATTORNEY'S FEES AND COSTS

    Plaintiff, by and through counsel, responds to the Court's November 10, 2008 Order awarding attorney's fees and costs to Plaintiff by advising the Court that the parties conferred and reached agreement concerning the amount in attorney's fees and costs Defendants shall pay to Plaintiff.

    Respectfully submitted,

    s/Stephen M. Bander
    Stephen M. Bander (Florida Bar No. 0160679)
    Attorney E-mail address: stephen@bandervisa.com
    BANDER & ASSOCIATES, P.A.
    444 Brickell Avenue, Suite 300
    Miami, Florida 33131
    Telephone: (305) 358-5800
    Fax: (305) 374-6593
    Attorney for Plaintiff Oscar Cortes

Dated:  November 24, 2008, Miami, Florida.

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2008, I, Stephen M. Bander, attorney for the Plaintiff, electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Charles S. White, Assistant U.S. Attorney, Southern District of Florida, via transmission of Notice of Electronic filing generated by CM/ECF.

s/Stephen M. Bander<br>
Stephen M. Bander