UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-20926-CIV-ALTONAGA

**OSCAR CORTES**,

    Plaintiff,

vs.

**LINDA SWACINA**, District Director, United States Citizenship & Immigration Services, Miami District; and **ROBERT S. MUELLER, III**, Director, Federal Bureau of Investigation,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon parties' Stipulation Regarding Reasonable Amount of Attorney's Fees and Expenses [D.E. 27], filed on November 25, 2008. The Court having reviewed the Stipulation and the record, and having been otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Stipulation is approved, and Defendants shall pay Six Thousand Dollars ($6,000.00) in attorney's fees and costs to Plaintiff.

**DONE AND ORDERED** in Chambers in Miami, Florida this 25th day of November, 2008.

                                                    _____
                                                  **CECILIA M. ALTONAGA**
                                                  **UNITED STATES DISTRICT JUDGE**

cc: counsel of record